Official Website of the Department of Homeland Security

Main Menu

Report

< BACK TO RESULTS

# Facility Page

## Detention Information For:

**BLEYMAN FUENTES-AGUILAR**
**Country of Birth:** Guatemala
**A-Number:** 213150890

## Current Detention Facility:

BROOKLYN MDC
80 29th Street
Brooklyn, NY 11232
**Visitor Information:** (718) 840-4200

# ERO Office Information

Family members and legal representatives may be able to obtain additional information about this individual's case by contacting this ERO office:

VARRICK, NY, SERVICE PROCESSING CENTER
(DOCKET CONTROL OFFICE)
**Phone Number:** (212) 863-3401

BACK TO SEARCH >

Privacy - Terms

## Related Information

### Helpful Info

Status of a Case

About the Detainee Locator

Brochure

ICE ERO Field Offices

ICE Detention Facilities

Privacy Notice

### External Links

Bureau of Prisons Inmate Locator



[DHS.gov](#)[USA.gov](#)[OIG](#)[OpenFOIAMetrics](#) [No Gov FearAct](#) [Site Map](#) [Site Policies & Plug-Ins](#)